**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIGROUP MORTGAGE LOAN TRUST 2021-A <br><br>    Plaintiff, <br><br>  v. <br><br> DAWN M. ADAMS, et al., <br><br>    Defendants. | Civil Action No.: 25-14231 <br><br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court by way of Magistrate Judge Michael A. Hammer's Report and Recommendation (ECF No. 5) that Plaintiff's unopposed motion to remand this action to the Superior Court of New Jersey, Chancery Division, Hudson County (ECF No. 4) be granted. Although upon motion of Defendants the Court extended the deadline to file objections thereto (ECF No. 9), no such objections have been filed. The court has considered the history of, and submissions made in, this case, as well as Judge Hammer's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 6th day of March, 2026,

**ORDERED** that this Court adopts Judge Hammer's October 10, 2025, Report and Recommendation that Plaintiff's motion be granted and that this action be remanded to the Superior Court of New Jersey, Chancery Division, Hudson County pursuant to 28 U.S.C. § 1447(c); and it is further

**ORDERED** that the Clerk's Office shall close this case.

**SO ORDERED.**

*s/ Claire C. Cecchi*

**CLAIRE C. CECCHI, U.S.D.J.**